UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD COLE BURCHETT,

      Plaintiff,

   v.

KIMBERLY M ACKER *et al*.,

      Defendants.

Case No. C05-5561RJB

ORDER

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion to amend the complaint. (Dkt. # 16). Defendants have responded and do not oppose the motion. (Dkt # 17). The motion is **GRANTED.**

    The proposed amended complaint, (Dkt. # 16 -2), will act as a complete substitute for the original complaint.

    The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

    DATED this 8th day of December, 2005.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1